UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMIE LITTLEFIELD, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) Cause No: 4:21-CV-304-SEP ) ) |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, | ) ) ) |
|     Defendant. | ) ) |

## *DEFENDANT'S MOTION FOR SUMMARY JUDGMENT*

COMES NOW, Defendant American Alternative Insurance Corporation ("Defendant"), and for its Motion for Summary Judgment, states:

1. On November 19, 2020, Plaintiff filed her Petition (removed, now Doc. 2) requesting uninsured motorist coverage from Defendant alleging she was performing services as a paramedic in the rear compartment of an ambulance when the ambulance came to a sudden stop, causing injuries including to her right shoulder and neck.

2. Plaintiff claims the operator came to a sudden stop because of the conduct of an operator of a phantom vehicle.

3. Plaintiff cannot provide evidence regarding each element of her claim, including without limitation negligence on the part of the operator of the phantom vehicle.

4. Plaintiff's case is also barred as she failed to comply with conditions of the Policy regarding:

    a. That the police be promptly notified, and

    b. That Defendant be promptly notified.

5. Uninsured motorist coverage is therefore unavailable to her as a matter of law, and Defendant is entitled to summary judgment.

WHEREFORE, for the reasons stated above, Defendant respectfully requests that this Court enter an Order granting summary judgment in favor of Defendant and against Plaintiff, for costs, and for such further relief this Court deems just and proper.

/s/ Robert T. Plunkert
Robert T. Plunkert   #62064
PITZER SNODGRASS, P.C.
Attorney for Defendant American Alternative
Insurance Corporation
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: plunkert@pspclaw.com

I, the undersigned, certify that a copy of the foregoing has been electronically served on all counsel of record via the Missouri eFiling System, or U.S. mail for parties not registered for the Missouri eFiling System, on this 13th day of July, 2022, to:

Brian Winebright
Cantor Injury Law, LLC
12283 Olive Boulevard
St. Louis, Missouri 63141
brian@cantorinjurylaw.com
*Attorney for Plaintiff*

/s/ Robert T. Plunkert