```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
 2                    EASTERN DIVISION

 3
    AMIE LITTLEFIELD,                )
 4                                   )
    Plaintiff,                       )
 5                                   )
    vs.                              )Cause No. 4:21-CV-304-SEP
 6                                   )
    AMERICAN ALTERNATIVE INSURANCE   )
 7  CORPORATION,                     )
                                     )
 8  Defendant.                       )

 9

10

11

    VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF AMIE LITTLEFIELD
12

13            Taken on behalf of Defendant

14               January 31, 2022

15

16

17

18

19         JULIE HUNDELT, RPR, CCR, CSR
              Missouri CCR No. 829
20          Illinois CSR No. 084-004789

21

22

23

24

25
```

```
 1   believe.  Maybe 2007.
 2        Q    Your date of birth is January 5 of 1979?
 3        A    Third.
 4        Q    Third.  My mistake.
 5             Okay.  And so understanding if I refer to
 6   the subject incident, you know that we're here today
 7   to discuss an incident that occurred on January 24
 8   [sic] of 2010; correct?
 9        A    Yes.
10        Q    So if I say "the subject incident" or
11   something like that, you understand that we're talking
12   about that day; correct?
13        A    Yes, sir.
14             MR. WINEBRIGHT:  I don't mean to cut you
15   off, but I think you said January 24.  Do you mean
16   November 24?
17             MR. PLUNKERT:  I do mean November.  I'm
18   sorry if I said January.
19        Q    (By Mr. Plunkert) November 24 of 2010 is the
20   subject incident; right, Ms. Littlefield?
21        A    Yes.  I believe so.
22        Q    And were you married on that day?
23        A    No, sir.
24        Q    Do you have any children?
25        A    I do.
```

1  forwards or backwards at this point.
2     Q   Okay. When you had your -- well, why don't
3  you tell me what you remember took place?
4     A   I, I was in the back taking care of the
5  patient. I knew we were coming into St. Luke's. So I
6  was, I believe, getting up to transfer oxygen from the
7  main tank in the ambulance to the portable tank on the
8  stretcher, which is something we often do. And, and
9  just kind of got thrown around a bit. That's really
10 all I can tell you about it.
11    Q   When, when -- so the ambulance, well, did
12 the ambulance stop?
13    A   It did, but then it started moving again.
14    Q   So you had -- I guess what I'm trying to
15 find out is when you contend that you sustained that
16 shoulder injury to your right shoulder, was it because
17 the ambulance stopped or it because it started or was
18 it something else?
19    A   No. It was the stop.
20    Q   Okay. And which direction were you facing
21 when the ambulance stopped?
22    A   So I was holding onto one of the overhead
23 bars with my right hand, and I think I was kind of in
24 the middle of reaching for the oxygen tubing at the
25 time. So I might have even been twisted a little bit.

 1  But I think I was facing toward the back of the
 2  ambulance, towards of patient, or kind of twisted in
 3  between facing the driver's side wall for the oxygen.
 4          So I was, I really -- that's, that's my
 5  memory of it, is trying to do that in that general
 6  time frame.
 7      Q   Okay.  And you referenced either reaching,
 8  in the middle of reaching toward the driver side
 9  wall -- or what other location did you mention?
10      A   Or towards the stretcher itself.  I was
11  transferring oxygen tubing from the -- I believe I was
12  transferring oxygen tubing or at least in the process
13  of attempting to from our main tank --
14          I'm sorry.
15      Q   It's all right.  You got a cat.  You got a
16  friend.
17      A   It was either this or get fed -- so.
18          Yeah.  I was -- I was trying to get the
19  oxygen from the main tank, which is a larger tank, to
20  the small portable on the stretcher so we could take
21  him inside.
22      Q   And "take him" being the patient; right?
23      A   Yes.
24      Q   And the patient being Donald Seals; is that
25  your recollection?

1   A   I have no idea.
2   Q   And the reason I'm asking which direction
3   you're facing, because when the ambulance stopped, I
4   was maybe going to get an idea of which, which
5   direction your inertia took you in reference to the
6   driver of the ambulance or the rear of the ambulance?
7   A   I wish I could tell you, but it's been a
8   very long time.
9   Q   Okay. Did you ever see a vehicle -- because
10  again, I can take you back here. It's -- I'll share
11  the screen. Give me a second.
12      Okay. And it says the ambulance and the
13  other vehicle never collided. So what I wanted to ask
14  you about was this other vehicle that's referenced in
15  your interrogatory answer No. 3 of Exhibit E. Did you
16  ever see that other vehicle?
17  A   No. That was based on information from my
18  partner after we stopped and he came around the back,
19  he apologized for slamming on the brakes and told me
20  that there was a vehicle.
21      Oh, my goodness. You are being a little
22  troublesome. I apologize. Excuse me for a moment.
23      MR. PLUNKERT: That's okay. For the record,
24  she's speaking to her cat, not defense counsel.
25      THE WITNESS: Okay. Everybody out. I

```
 1      A     No.
 2            MR. WINEBRIGHT:  Objection.  Calls for
 3      speculation.  You can answer, Amie.
 4            THE WITNESS:  I'm sorry.  I already
 5      answered.  I said no.
 6      Q     (By Mr. Plunkert) And that's just based on
 7      your recollection of, of what occurred; is that
 8      correct?
 9      A     Yes.
10      Q     So did you report the incident to -- do you
11      know who AAIC is?
12      A     No.
13      Q     Okay.  Do you know who you're suing in this
14      lawsuit?
15      A     An insurance company from what I understand.
16      Q     Do you know which one?
17      A     Not specifically, no.  I believe it was at
18      the top of the papers.  But it's -- sorry.  Go ahead.
19      Q     So that insurance company, AAIC, my question
20      is, had you ever reported this incident to AAIC before
21      November of 2020?
22      A     Not to my knowledge.  I, I wouldn't have
23      known to.  And that's why I hired attorneys to help me
24      through this process.
25      Q     But you hired an attorney to help you out
```