EXHIBIT
MSJ Ex. H

EXHIBIT
C

