# ST. LUKE'S HOSPITAL
Chesterfield, Missouri

## SECURITY DEPARTMENT

## SECURITY INCIDENT REPORTS

POLICY

To provide a mechanism for the timely accurate reporting and investigation of security related incidents, to coincide with the primary objectives of the St. Luke's Hospital Security Department in an effort to minimize patient, visitor, and hospital personnel losses caused by thefts, vehicular accidents, injuries, etc.

PROCEDURES

A. When any of the following security-related incidents occur, the Security Department will be notified immediately:

   1. Theft (Hospital or Individual)
   2. Loss (Hospital or Individual)
   3. Vandalism (Hospital or Individual)
   4. Property Damage (Inclusive to vehicular accident)
   5. Assault or Disturbance of any nature
   6. Injury (Employee, Visitor, Patient)
   7. Any other incident deemed security related.

B. Upon notification of an incident, a Security Officer will conduct a preliminary investigation and prepare a security report.

C. The Director of Security or his designee will determine incident reports requiring further investigation. A supplementary report will document any follow up investigation issues.

D. A copy of the security report will be distributed to the appropriate Senior Staff, Director and/or area of responsibility as soon as the report is completed and approved by the Director of Security or his designee.

E. Section 17-N, Security Incident Response Plan, of the Security Management Plan should also be reviewed as a supplement to this section.

Written:     May 2002
Reviewed:    June 2005, March 2014, February 2017
Revised:     March 2008, April 2011, February 2020


EXHIBIT 4